UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STEVEN CASEY,

  Plaintiff,          Case No. 3:17-cv-366

vs.

LIBERTY LIFE ASSURANCE COMPANY  Magistrate Judge Michael J. Newman
OF BOSTON,            (Consent Case)

  Defendant.

---

# ORDER OF DISMISSAL AND TERMINATION ENTRY

---

  Having been advised by counsel for the parties that the above matter has been settled, this case is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown **within 45 days**, reopen the action if settlement is not consummated.

  Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co of America*, 511 U.S. 375 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

  **IT IS SO ORDERED.**


Date:  April 9, 2018         s/ Michael J. Newman
                    Michael J. Newman
                    United States Magistrate Judge